IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNMY ROSH : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 16-1676 |
| THE GOLD STANDARD CAFÉ AT PENN, INC., : | |
| ET AL. : | |

**O R D E R**

**AND NOW**, this   19th   day of   December  , 2016, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint (ECF No. 14), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is granted in part and denied in part as follows:

1. The Motion is **GRANTED** with respect to Plaintiff's Title VII claims against individual Defendants Whittacre, Harman, and Brion (Counts I and II).

2. The Motion is **DENIED** with respect to Plaintiff's claims against Defendant Gold Standard Café at Penn, Inc. (Counts I - IV) and Plaintiff's PHRA claims against individual Defendants Whittacre, Harman, and Brion (Counts III and IV).

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**